IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

OCT 2 3 2008

William B. Guthrie
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| JAMES PRESTON RAY, SR., | ) |
| Petitioner, | ) |
| v. | ) No. CIV 05-270-RAW |
| DAVID PARKER, Warden, | ) |
| Respondent. | ) |

### ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion for leave to proceed *in forma pauperis* and supporting statement of institutional accounts. Having reviewed the motion, the Court finds petitioner lacks sufficient funds to prepay the filing fee pursuant to Local Rule 3.5(b). Petitioner's motion, therefore, is granted, and petitioner is authorized to proceed without prepayment of the filing fee.

**IT IS SO ORDERED** this _23rd_ day of _October_ 2008.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

grant10c.hc (03/99)